NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**INDACON, INC.,**
*Plaintiff-Appellant,*

v.

**FACEBOOK, INC.,**
*Defendant-Cross-Appellant.*

_____

2015-1129, -1130

_____

Appeals from the United States District Court for the Western District of Texas in No. 5:10-cv-00966-OLG, Judge Orlando L. Garcia.

_____

**ON MOTION**

_____

**O R D E R**

Upon consideration of the unopposed motion for an extension of time to file the appellant's opening brief,

IT IS ORDERED THAT:

The motion is granted and the briefing schedule is further stayed, pending disposition of the motion to determine jurisdiction over the cross-appeal.

2                                     INDACON, INC. v. FACEBOOK, INC.


                                            FOR THE COURT

                                            /s/ Daniel E. O'Toole
                                            Daniel E. O'Toole
                                            Clerk of Court

s8